UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAVONDA JEAN BECKROW,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.
_____/

Case No. 2:19-cv-12834

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING REPORT AND RECOMMENDATION [17],
DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [15],
AND GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [14]**

      The Commissioner of the Social Security Administration ("SSA") denied the application of Plaintiff LaVonda Jean Beckrow for Supplemental Security Income and Disability Insurance Benefits in a decision issued by an Administrative Law Judge ("ALJ"). ECF 9-2, PgID 48–68. After the SSA Appeals Council declined to review the ruling, Plaintiff appealed. ECF 1. The Court referred the matter to Magistrate Judge Elizabeth A. Stafford, ECF 4, and the parties filed cross-motions for summary judgment, ECF 14, 15. The magistrate judge issued a Report and Recommendation ("Report") and suggested the Court deny the Commissioner's motion, grant Plaintiff's motion, and remand for further proceedings. ECF 17, PgID 1527–28.

      Federal Rule of Civil Procedure 72(b) governs review of a magistrate judge's report and recommendation. De novo review of the magistrate judge's findings is required only if the parties "serve and file specific written objections to the proposed

findings and recommendations." Fed. R. Civ. P. 72(b)(2). Because neither party filed objections, de novo review of the Report's conclusions is not required. After reviewing the record, the Court finds that the magistrate judge's conclusions are factually based and legally sound. Accordingly, the Court will adopt the Report's findings, deny the Commissioner's motion for summary judgment, ECF 15, and grant Plaintiff's motion for summary judgment, ECF 14. The Court will remand the case under 42 U.S.C. § 405(g) for further consideration consistent with this order and the Report, ECF 17.

## ORDER

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's Report and Recommendation [17] is **ADOPTED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [15] is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [14] is **GRANTED**.

**IT IS FURTHER ORDERED** that this case is **REMANDED** for further administrative proceedings.

This is a final order that closes the case.

**SO ORDERED**.

> s/Stephen J. Murphy, III
> STEPHEN J. MURPHY, III
> United States District Judge

Dated: March 9, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 9, 2021, by electronic and/or ordinary mail.

                                                          s/David P. Parker
                                                          Case Manager