UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAVONDA BECKROW,

             Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

             Defendant.
                                          /

Case No. 2:19-cv-12834

HONORABLE STEPHEN J. MURPHY, III

**ORDER ADOPTING
REPORT AND RECOMMENDATION [24]
AND GRANTING MOTION FOR ATTORNEY'S FEES [21]**

Plaintiff moved for attorney's fees under 42 U.S.C. § 406(b). ECF 21. The Court referred the motion to Magistrate Judge Elizabeth A. Stafford. ECF 22. Judge Stafford issued a report and recommendation that suggested the Court grant the motion and award Plaintiff's attorney $7,323.75 in fees, and that Plaintiff's attorney must refund Plaintiff with the Equal Access to Justice Act ("EAJA") award of $3,981. ECF 24, PgID 1607.

Civil Rule 72(b) governs review of a magistrate judge's report and recommendation. De novo review of the magistrate judge's findings is required only if the parties "serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2). Because neither party filed objections, de novo review of the Report's conclusions is not required. After reviewing the record, the Court finds that the magistrate judge's conclusions are factually based and legally

1

sound. Accordingly, the Court will adopt the Report's findings and grant the motion for fees.

**WHEREFORE**, it is hereby **ORDERED** that the magistrate judge's Report and Recommendation [24] is **GRANTED**.

**IT IS FURTHER ORDERED** that the motion for fees [21] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's attorney be **AWARDED $7,323.75** and Plaintiff's attorney must **REFUND** Plaintiff the EAJA award of **$3,981**.

**SO ORDERED.**

                                                s/ Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
                                                United States District Judge

Dated: April 7, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 7, 2022, by electronic and/or ordinary mail.

                                                s/ David P. Parker
                                                Case Manager